IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00648-PAB-MJW

CATARINA AYALA,

Plaintiff(s),

v.

MIDLAND CREDIT MANAGEMENT, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate and Reschedule Scheduling/Planning Conference, DN 11, filed with the Court on June 24, 2010, is GRANTED. The Scheduling Conference set on June 28, 2010 is VACATED and is RESET on July 19, 2010, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **The parties may appear telephonically, and the counsel for the plaintiff shall initiate a conference call to opposing counsel and then contact the court by calling (303) 844-2403.** The proposed Scheduling Order shall be filed on or before July 14, 2010.

Date: June 25, 2010