IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-00648-PAB-MJW

CATARINA AYALA,

Plaintiff(s),

v.

MIDLAND CREDIT MANAGEMENT, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Vacate Settlement Conference or, Alternative to Allow Defendant to Participate Telephonically (docket no. 23) is MOOT and therefore DENIED.  This court has already VACATED the Settlement Conference.

     This court issued a minute order earlier today that VACATED the Settlement Conference due to Defendant's recent Motion for Stay of Proceedings and to Compel Arbitration (docket no. 22).

Date:   October 5, 2010